EDWIN C. MARKEY, Respondent, v. UTICA CONSTRUCTION COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiff's motion for summary judgment in an action for breach of contract.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

In the Matter of the Application of STANLEY H. NORDSTRAND for a Writ of Habeas Corpus to Bring up the Body of JOYCE ANN NORDSTRAND, an Infant, for the Purpose of Awarding the Custody of Said Infant.— Order affirmed, without costs. Memorandum: The trial justice has conducted a further hearing in this proceeding exactly as we intended it to be conducted by our order of May 12, 1937. [See 251 App. Div. 787.] By that order we intended to determine that on the record before us, the petitioner was entitled to the custody of the child. It was only because a considerable lapse of time had followed the original hearing that we directed a further hearing. Our order, as we intended and as we construe it, was equivalent to a granting of the writ with a suspension of its operation until the parties had had an opportunity to show whether or not a change in conditions had occurred subsequent to the date of the original hearing. All concur. (The order grants custody of an infant to petitioner.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

CRESCENT PURITAN LAUNDRY COMPANY, INCORPORATED, Appellant, v. LEO B. MCNAMARA, Respondent, and CASIMIR MEIZENZAHL, Defendant. LEO B. MCNAMARA, Respondent, v. CRESCENT PURITAN LAUNDRY COMPANY, INCORPORATED, Appellant, and CHARLES WILCOX, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. Memorandum: We do not find our decision in *Gibbs* v. *Sokol* (216 App. Div. 260) controlling under the circumstances here shown. However, the motion called for an exercise of discretion and required all circumstances to be taken into consideration. (*Van Devort* v. *K. & H. Evaporating Co., Inc.*, 252 App. Div. 8.) No absolute rule is to be laid down in this type of motion and we do not find an abuse of discretion in the order now before us. All concur. (The portion of the order appealed from determines the plaintiff in a consolidated action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, Appellant, v. ETHEL COLLOPY REYNOLDS and Others, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to compel setoff of judgments.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Estate of ARTHUR HIND, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, on the ground that the application is not made in time (Civ. Prac. Act, § 589, subd. 1), and also as a matter of discretion. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.